**RECORD OF GRAND JURY BALLOT**

C/R 3:23-378

UNITED STATES v. FRANKLYN VALVERDE, JR.

(SEALED UNTIL FURTHER ORDER OF THE COURT)