UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-378 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANKLIN VALVERDE | ) | RESPONSE TO DEFENDANTS |
| | ) | MOTION TO PERMIT TRAVEL |

The United States of America, by and through its counsel of record, respectfully submits its response to the Defendant's Motion to Permit Travel. ECF 58. As the Defendant is not currently under the supervision of Probation, the Government does not object to his travel.

On May 28, 2024, Counsel for the Defendant contacted the Government with Valverde's request to travel. The Government noted to Defense Counsel that it typically defers to US Probation on matters of the logistics of supervision, and that if US Probation did not object to the travel, the Government likely would not. US Probation indicated that Valverde was technically not on supervision. Therefore, they did not have a formal position on his travel, though they did express concern that his report date was only three days after his return. Valverde's personal recognizance bond does not contain a travel restriction and only required him to surrender his passport to US Probation within 48 hours. ECF 14. Based on Valverde's bond and US Probation's response, the Government indicated to Defense Counsel that it had no objection to Valverde's travel.

On June 4, 2024, US Probation filed a letter to the Court indicating that if Valverde were under pretrial supervision, they would not support this request as the timing of the travel would increase his risk of flight. US Probation also noted the significant monetary penalties still facing Valverde. The Government supports US Probation's assessments of their position if Valverde

1

were under supervision. However, the Government is forced to acknowledge that Valverde is not on supervision and that his bond appears to allow travel so long as it does not require his possession of a passport. Therefore, the Government does not object to the Defendant's Motion to Travel.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/T. DeWayne Pearson
T. DeWayne Pearson (#10859)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel: (803) 929-3000
Fax: (803) 254-2943
DeWayne.Pearson@usdoj.gov

Columbia, South Carolina
June 4, 2024